The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHENZHEN YUNZHONGGE
TECHNOLOGY CO. LTD.,

        Plaintiff,

  v.

AMAZON.COM SERVICES LLC,

        Defendant.

No. 2:23-cv-01693-TL

**STIPULATED MOTION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO VACATE ARBITRATION AWARD AND CROSS-MOTION TO CONFIRM ARBITRATION AWARD**

Noting Date: December 8, 2023

### [PROPOSED] ORDER

The parties jointly moved the Court for a briefing schedule for Plaintiff's motion to vacate the arbitration award and Defendant's cross-motion to confirm the arbitration award. The briefing deadlines are hereby set for the following dates:

| Event | Due Date |
| --- | --- |
| Plaintiff's motion to vacate arbitration award | January 12, 2024 |
| Defendant's opposition to Plaintiff's motion and Defendant's cross-motion to confirm arbitration award | January 26, 2024 |
| Plaintiff's opposition to Defendant's cross-motion and reply in support of Plaintiff's motion | February 9, 2024 |
| Defendant's reply in support of cross-motion | February 23, 2024 |

[PROPOSED] ORDER
SETTING BRIEFING SCHEDULE  (2:23-cv-01693-TL) - 1
4857-4707-5476v.4 0051461-006293

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

| **Noting Date for motion and cross-motion** | **February 23, 2024** |

The dates for FRCP 26(f) Conference, Initial Disclosures, and Joint Status Report and Discovery Plan set in Dkt. 10 are hereby stricken.

IT IS SO ORDERED.

Dated this 11th day of December 2023.

_____
Tana Lin
United States District Judge

**Presented by:**

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant Amazon.com Services LLC*

By  */s/ Sarah Anne Baugh*
Sarah Anne Baugh, WSBA # 57989
Theo A. Lesczynski, WSBA # 59780
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone:  206.622.3150
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206-622-3150
Fax: 206-757-7700
E-mail: sarahbaugh@dwt.com
        theolesczynski@dwt.com

**Stipulated / Approved as to Form:**

MANN LAW GROUP PLLC & AU LLC
*Attorneys for Plaintiff Shenzhen Yunzhongge Technology Co. Ltd.*

By  */s/ Philip P. Mann*
Philip P. Mann, WSBA #28860
403 Madison Avenue North, Suite 240
Bainbridge Island, WA  98110
Telephone: 206.436.0900
Email: phil@mannlawgroup.com

Adam E. Urbanczyk, (*pro hac vice*)
444 West Lake Street, Suite 1700
Chicago, IL  60606
Telephone:  312.715.7312
Email:  adamu@au-llc.com

[PROPOSED] ORDER
SETTING BRIEFING SCHEDULE  (2:23-cv-01693-TL) - 2
4857-4707-5476v.4 0051461-006293

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150